**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00093-REB-KMT

CAREY W. BROOKER, and
LENORA RENEE BROOKER,

    Plaintiffs,

v.

RUSSELL JAY GOULD, Plenipotentiary Judge for the Witnessing of the Parse-Syntax-Grammar of the Vassalees-Fraudulent-Parse-Syntax-Grammar-Documents,
PEAKVIEW MORTGAGE PROFESSIONALS, INC.,
MORTGAGE ELECTONIC [*sic*] SYSTEMS, INC.,
LAS ANIMAS COUNTY PUBLIC TRUSTEE,
DONNA LEONETTI,
ARONOWITZ & MECKLENBURG, LLP, registered agent,
ROBERT J. ARONOWITZ,
BAC HOME LOANS SERVICING, LP, United States Public Trustee of Las Animas County; Donna Leonetti Treasurer; BAC Home Loans Servicing, LP,
MERS CORP.,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
FANNIE MAY,
UNIVERSAL LENDING CORPORATION, Peakview Mortgage Professionals, Inc; and
LAS ANIMAS COUNTY COURT, actually named as County Court, Las Animas County, Colorado,

    Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

    The matter before me is the **Recommendation of United States Magistrate Judge** [#12][1] filed March 28, 2012.  No objections having been filed to the

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

recommendation, I review it only for plain error.  See *Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#12] filed March 28, 2012, is **APPROVED AND ADOPTED** as an order of this court; and

2. That the claims of plaintiffs against defendants are **DISMISSED WITHOUT PREJUDICE** for failure to comply with Fed. R. Civ. P. 8, D.C.COLO.LCivR 8.1A., and the duly issued orders of the court.

Dated April 19, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[2] This standard pertains even though plaintiffs are proceeding *pro* se in this matter.  **Morales-Fernandez**, 418 F.3d at 1122.  In addition, because plaintiffs are proceeding *pro se*, I have construed their pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  **See Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).